IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOSEPH RICHMOND and,
LORI BETH RICHMOND,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

Case No. CIV-13-283-HE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  The Plaintiffs, Joseph Richmond and Lori Beth Richmond, and Defendant, Allstate Property and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiffs' claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and cost.

  Dated this ___ day of November 2013.

_____
David W. Little, Esq.
115 E. California – Bricktown
Miller-Jackson Bldg, Suite 350
Oklahoma City, OK 73104
*Attorney for Plaintiffs*

s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
TOMLINSON · RUST · MCKINSTRY · GRABLE
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: 405/606-3370
Facsimile: 877/917-1559
E-mail: ronw@trmglaw.com
*Attorney for Defendant*